UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 14, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_et._
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EUGENE DOKES, )<br>)<br>Defendant. ) | Case No. 2:15MJ00237-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  **EUGENE DOKES** , Case No. **2:15MJ00237-AC** , Charge **18USC § 641 & 2** , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

  __ Unsecured Appearance Bond

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  ✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 14, 2015  at  2:00 pm  .

             By  /s/ Allison Claire/s/ Allison Claire
                 Allison Claire
                 United States Magistrate Judge

Copy 2 - Court