Case 2:15-mj-00237-AC   Document 8   Filed 12/14/15   Page 1 of 1

**FILED**
December 14, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                  )<br>             Plaintiff,               )<br>v.                                              )<br>                                                  )<br>EUGENE DOKES,                    )<br>                                                  )<br>             Defendant.            ) | Case No. 2:15MJ00237-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EUGENE DOKES , Case No. 2:15MJ00237-AC , Charge  18USC § 641 & 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of $_____

        \_\_   Unsecured Appearance Bond

        \_\_   Appearance Bond with 10% Deposit

        \_\_   Appearance Bond with Surety

        \_\_   Corporate Surety Bail Bond

    ✔   (Other)         Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 14, 2015  at  2:00 pm .

                                              By   /s/ Allison Claire/s/ Allison Claire
                                                    Allison Claire
                                                    United States Magistrate Judge

Copy 2 - Court